IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES WALKER, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, | : | |
|     Commissioner of the | : | |
|     Social Security Administration, | : | |
|     Defendant. | : | NO. 07-2265 |

**ORDER**

AND NOW, this 27th day of February, 2008, after careful review and independent consideration of the Plaintiff's Motion for Summary Judgment, the Defendant's Response, and review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby ORDERED that:

(1) The Report and Recommendation is APPROVED and ADOPTED;

(2) The Plaintiff Motion for Summary Judgment is GRANTED in part and DENIED in part; and

(3) The matter is REMANDED to the Commissioner of Social Security Administration to allow the Administrative Law Judge (ALJ) to conduct additional proceedings consistent with the Report and Recommendation. On remand, the ALJ shall (a) re-evaluate Plaintiff's RFC considering all of his physical impairments, (b) clearly articulate the specific limitations Plaintiff's shoulder and bilateral hand condition cause, and, (c) pose hypothetical questions to the vocational expert which take into account all of those credible limitations.

It be so ORDERED.

                                                     /s/ Edmund V. Ludwig
                                                   EDMUND V. LUDWIG, J.